E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:    (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>EDGAR JOEL MARTINEZ-REYES ET AL.,<br><br>       Defendants. | No. 2:23-CR-00524(A)-DMG-ALL<br><br>NOTICE OF FILING OF DEFENDANTS' SIGNATURE PAGES IN SUPPORT OF STIPULATION TO CONTINUE DATE FOR TRIAL (#337); ATTACHMENTS |

Plaintiff, United States of America, by and through its attorney of record, Assistant United States Attorney Julie J. Shemitz, and defendants Edgar Martinez-Reyes (#1), by and through his attorney of record, Zaira Villagomez, Eduardo Mayorga (#3), by and through his attorney of record, Matthew Lombard, Guillermo Zambrano (#5), by and through his attorney of record, John Targowski, Vidal Licon-Robles (#8), by and through his attorney of record, Robert Bernstein, Jose Antonio Pardo (#13), by and through his attorney of record, Michael Chernis, Jiande Zhou (#14), by and through his attorney of record, Kevin Gres, Sai Zhang (#16), by and through his attorneys of record,

1  Reuven Cohen and Youngbin Son, Jiayong Yu (#20), by and through his

2  attorney of record, Jonathon Perliss, and Xuanyi Mu (#23), by and

3  through his attorney of record, Donald Matson hereby file their

4  respective signature pages in support of the stipulation to continue

5  the date for trial filed by the parties in this matter on August 6,

6  2024.  These signature pages are provided in accordance with the

7  provisions of the previously-filed stipulation to continue the date

8  for trial to October 21, 2025 at 8:30 a.m. before this Court (Dkt

9  #337)[1].

10      Defendant Diego Acosta Ovalle (#6) is in custody in Mexico

11 awaiting extradition.

12      Defendant Peiji Tong (#15) is in the custody of Chinese

13 authorities on domestic Chinese charges.

14      Defendant Jiaxuan He (#24) is a fugitive, believed to be

15 residing in China.

16      Defendant Chengwu He (#17) is scheduled to make his initial

17 appearance on August 22, 2024.

18      Defendant Leopoldo Bernal (#9) was released to pretrial

19 supervision for placement in a residential drug treatment facility.

20      Defendant Victor Rodriguez-Trujillo (#11) was released on bond

21 with electronic monitoring, and has since cut of the monitoring

22 device and is now a fugitive whose whereabouts are unknown.

23      Defendant Daniel Gonzalez, aka Rafael Arocho (#10), is a

24 fugitive believed to be in northern California.

25      The remaining defendants, Raul Contreras (#2), Julio Alexandro

26 Cabrera (#12), Panyu Zhao (#18), and Shou Yang (#23), have not

28      [1] The trial date for defendant Luis Belandria-Contreras was previously continued to October 21, 2025 (Dkt #331).

1    objected to the continuance, but have not yet provided their

2    signature pages to the stipulation.

3     Dated: August 13, 2024          Respectfully submitted,

4                                     E. MARTIN ESTRADA
                                      United States Attorney
5
                                      MACK E. JENKINS
6                                     Assistant United States Attorney
                                      Chief, Criminal Division
7

8                                          /s/
                                      _____
9                                     JULIE J. SHEMITZ
                                      Assistant United States Attorney
10
                                      Attorneys for Plaintiff
11                                    UNITED STATES OF AMERICA

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28