1  I am VIDAL LICON-ROBLES's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____   8/9/24
9  ROBERT BERNSTEIN                      Date
   Attorney for Defendant
10 VIDAL LICON-ROBLES

11
12 I have read this stipulation and have carefully discussed it
13 with my attorney. I understand my Speedy Trial rights. I voluntarily
14 agree to the continuance of the trial date, and give up my right to
15 be brought to trial earlier than October 21, 2025. I understand that
16 I will be ordered to appear in Courtroom 8C of the Federal
17 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18 2025 at 8:30 a.m.

19 _____   8/9/24
20 VIDAL LICON-ROBLES                    Date
   Defendant

21
22                **CERTIFICATION OF INTERPRETER**
23 I, _____, am fluent in the written and spoken
24 English and Spanish languages. I accurately translated this entire
25 agreement from English into Spanish to defendant VIDAL LICON-ROBLES
26 on this date.   N/A
27 _____   _____
28 INTERPRETER                           Date

19