E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:23-CR-00524(A)-DMG |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| EDGAR JOEL MARTINEZ-REYES ET AL., | |
| Defendants. | **CURRENT TRIAL DATES:** **11/5/24; 3/25/2025** **PROPOSED TRIAL DATE:** **5/19/2025** |

Plaintiff United States of America, by and through its counsel

of record, the United States Attorney for the Central District of

California and Assistant United States Attorney Julie J. Shemitz, and

defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both

individually and by and through his counsel of record, Zaura

Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through

his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE,

both individually and by and through his counsel of record, Victor

1  Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and

2  through his counsel of record, Robert M. Helfend; PANYU ZHAO, both

3  individually and by and through his counsel of record, Louis J.

4  Shapiro; RAUL CONTRERAS, individually, and by and through his counsel

5  of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by

6  and through his counsel of record, John Targowski; LUIS BELANDRIA-

7  CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and

8  through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both

9  individually and by and through his counsel of record, Michael D.

10 Walsh; JIAYUNG YU, both individually, and by and through his counsel

11 of record, Jonathan Perliss; XIAOLEI YE, both individually, and by

12 and through his counsel of record, Edward M. Robinson; XUANYI MU

13 ("MU"), both individually and by and through his counsel of record,

14 Donald M. Matson; SHOU YANG, individually, and by and through his

15 counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both

16 individually, and by and through his counsel of record,    OSCAR

17 EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his

18 counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-

19 ROBLES"), both individually and by and through his counsel of record,

20 Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through

21 his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,

22 individually, and by and through his counsel of record, Peter

23 Johnson; JOSE ANTONIO PARDO, individually, and by and through his

24 counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,

25 and by and through his counsel of record, Kevin Gres, hereby

26 stipulate as follows:

27

28

1.   On April 4, 2024, a grand jury for the Central District of California returned first superseding indictment as to both United States v. Zhang, et al. and United States v. Martinez-Reyes, et al. Initial appearance and arraignment for defendant CHENGWU HE has been set for August 22, 2024.

2.   The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before August 20, 2024.

3.   Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this district.

4.   All defendants who have appeared in this district have been released on bond pending trial.

5.   The parties estimate that the trial in this matter will last approximately three weeks.  All defendants are joined for trial and a severance has not been granted.

6.   By this stipulation, the parties move to continue the trial date to and the status conference to October 21, 2025 and the status conference to October 8, 2025.

7.   Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.   Counsel for defendants represent that they have various prior obligations and trial conflicts as set out in Exhibit A hereto. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions,

review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b.    Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

c.    The government does not object to the continuance.

d.    The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

8.    For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of January 2, 2024 to October 21, 2025, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the

1  reasonable time necessary for effective preparation, taking into
2  account the exercise of due diligence.

3    9.    Nothing in this stipulation shall preclude a finding that
4  other provisions of the Speedy Trial Act dictate that additional time
5  periods be excluded from the period within which trial must commence.
6  Moreover, the same provisions and/or other provisions of the Speedy
7  Trial Act may in the future authorize the exclusion of additional
8  time periods from the period within which trial must commence.

9    IT IS SO STIPULATED.
   Dated: August 5, 2024                Respectfully submitted,
10
                                         E. MARTIN ESTRADA
11                                       United States Attorney

12                                       MACK E. JENKINS
                                         Assistant United States Attorney
13                                       Chief, Criminal Division

14
                                         _____/s/_____
15                                       JULIE J. SHEMITZ
                                         Assistant United States Attorney
16
                                         Attorneys for Plaintiff
17                                       UNITED STATES OF AMERICA

18

19

20    I am EDGAR MARTINEZ-REYES's attorney.  I have carefully
21  discussed every part of this stipulation and the continuance of the
22  trial date with my client. I have fully informed my client of his
23  Speedy Trial rights.  To my knowledge, my client understands those
24  rights and agrees to waive them.  I believe that my client's decision
25  to give up the right to be brought to trial earlier than _____
26  is an informed and voluntary one.

27  _____          _____
    ZAIRA VILLAGOMEZ                              Date
28

Attorney for Defendant
EDGAR MARTINEZ-REYES

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES                     Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER                              Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client.  I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____
   RUEVEN L. COHEN                               Date
9  YOUNGBIN SON
   Attorneys for Defendant
10 SAI ZHANG

11

12

13    This agreement has been read to me in Mandarin, the language I

   understand best, and I have carefully discussed every part of it with
14
   my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
   agree to the continuance of the trial date and give up my right to be
16
   brought to trial earlier than October 21, 2025.  I understand that I
17
   will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
   90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19

20 _____          _____
   SAI ZHANG                                     Date
21 Defendant

22              **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

   English and Mandarin languages.  I accurately translated this entire
24
   agreement from English into Mandarin to defendant SAI ZHANG on this
25
   date.
26

27 _____          _____
   INTERPRETER                                   Date
28

7

1

2    I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3    every part of this stipulation and the continuance of the trial date

4    with my client. I have fully informed my client of his Speedy Trial

5    rights.  To my knowledge, my client understands those rights and

6    agrees to waive them.  I believe that my client's decision to give up

7    the right to be brought to trial earlier than October 21, 2025, is an

8    informed and voluntary one.

9    _____     _____

10   ROBERT M. HELFEND                   Date
     Attorney for Defendant

11   BERNARDO MAUBERIS

12

13   I have read this stipulation and have carefully discussed it

14   with my attorney. I understand my Speedy Trial rights.  I voluntarily

15   agree to the continuance of the trial date, and give up my right to

16   be brought to trial earlier than October 21, 2025.  I understand that

17   I will be ordered to appear in Courtroom 8C of the Federal

18   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19   2025 at 8:30 a.m.

20   _____     _____

21   BERNARDO MAUBERIS                   Date
     Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24   I, _____, am fluent in the written and spoken

25   English and Spanish languages.  I accurately translated this entire

26   agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27   this date.

28

INTERPRETER _____        Date _____

    I am PANYU ZHAO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO _____        Date _____
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO _____        Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

1

INTERPRETER                                  Date

2

3       I am RAUL CONTRERAS's attorney.  I have carefully discussed

4  every part of this stipulation and the continuance of the trial date

5  with my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025, is an

9  informed and voluntary one.

10 CHARLES C. BROWN                             Date
   Attorney for Defendant
11 RAUL CONTRERAS

12

13

14      I have read this stipulation and have carefully discussed it

15 with my attorney. I understand my Speedy Trial rights.  I voluntarily

16 agree to the continuance of the trial date, and give up my right to

17 be brought to trial earlier than October 21, 2025.  I understand that

18 I will be ordered to appear in Courtroom 8C of the Federal

19 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

20 2025 at 8:30 a.m.

21 RAUL CONTRERAS                               Date
   Defendant
22

23

24                    **CERTIFICATION OF INTERPRETER**

25      I, _____, am fluent in the written and spoken

26 English and Spanish languages.  I accurately translated this entire

27 agreement from English into Spanish to defendant RAUL CONTRERAS on

28 this date.

INTERPRETER                                    Date

    I am GUILLERMO ZAMBRANO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI                                 Date
Attorney for Defendant
GUILLERMO ZAMBRANO


    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO                              Date
Defendant


### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER _____    Date _____

I am HANG SU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

MICHAEL D. WALSH _____    Date _____
Attorney for Defendant
HANG SU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

HANG SU _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant HANG SU on this date.

1  I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____        _____

   MATTHEW J. LOMBARD                       Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12  I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____        _____

   OSCAR EDUARDO MAYORGA                     Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____        _____

   INTERPRETER                              Date
28
                                  18

1    I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5

_____          _____
INTERPRETER                                  Date
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

INTERPRETER           Date

I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

SHOU YANG           Date
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

SHOU YANG           Date
Defendant

## CERTIFICATION OF INTERPRETER

16

INTERPRETER                                      Date

    I am XUANYI MU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

DONALD J. MATSON                                 Date
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

XUANYI MU                                        Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire

15

1  | INTERPRETER                              Date

2

3       I am XIAOLEI YE's attorney.  I have carefully discussed every

4  part of this stipulation and the continuance of the trial date with

5  my client. I have fully informed my client of his Speedy Trial

6  rights.  To my knowledge, my client understands those rights and

7  agrees to waive them.  I believe that my client's decision to give up

8  the right to be brought to trial earlier than October 21, 2025 is an

9  informed and voluntary one.

10 | EDWARD M. ROBINSON                       Date
   BRIAN ARTHUR ROBINSON
11 Attorneys for Defendant
   XIAOLEI YE
12

13

14      This agreement has been read to me in Mandarin, the language I

15 understand best, and I have carefully discussed every part of it with

16 my attorney.  I understand my Speedy Trial rights.  I voluntarily

17 agree to the continuance of the trial date and give up my right to be

18 brought to trial earlier than October 21, 2025.  I understand that I

19 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

20 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

21

22 | XIAOLEI YE                               Date
   Defendant

23                    **CERTIFICATION OF INTERPRETER**

24      I, _____, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant XIAOLEI YE on this

27 date.

28
                              14

INTERPRETER _____   Date _____

I am JIAYONG YU's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____   Date _____
Attorney for Defendant
JIAYONG YU

This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____   Date _____
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

13

I am VICTOR RODRIGUEZ-TRUJILLO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client.  I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____           _____
EDVIN S. FLORES                                              Date
Attorney for Defendant
VICTOR RODRIGUEZ-TRUJILLO

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____           _____
VICTOR RODRIGUEZ-TRUJILLO                          Date
Defendant

### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant VICTOR RODRIGUEZ-TRUJILLO on this date.

_____           _____
INTERPRETER                                                 Date

19

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____     _____
   ROBERT BERNSTEIN                      Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES

10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____     _____
   VIDAL LICON-ROBLES                    Date
20  Defendant

21

22                  **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES

26  on this date.

27  _____     _____
   INTERPRETER                           Date
28

                                     20

1    I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____        _____
   ANTHONY M. SOLIS                          Date
9  Attorney for Defendant
   LEOPOLDO BERNAL
10

11
        I have read this stipulation and have carefully discussed it
12
   with my attorney. I understand my Speedy Trial rights.  I voluntarily
13
   agree to the continuance of the trial date, and give up my right to
14
   be brought to trial earlier than October 21, 2025.  I understand that
15
   I will be ordered to appear in Courtroom 8C of the Federal
16
   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
17
   2025 at 8:30 a.m.
18

19 _____        _____
   LEOPOLDO BERNAL                           Date
20 Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23      I, _____, am fluent in the written and spoken

24 English and Spanish languages.  I accurately translated this entire

25 agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26 this date.

27 _____        _____
   INTERPRETER                               Date
28

                                   21

I am JULIO ALEXANDER CABRERA's attorney.  I have carefully
discussed every part of this stipulation and the continuance of the
trial date with my client. I have fully informed my client of his
Speedy Trial rights.  To my knowledge, my client understands those
rights and agrees to waive them.  I believe that my client's decision
to give up the right to be brought to trial earlier than October 21,
2025 is an informed and voluntary one.

_____        _____
PETER JOHNSON                          Date
Attorney for Defendant
JULIO ALEXANDER CABRERA


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____        _____
JULIO ALEXANDER CABRERA                Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages.  I accurately translated this entire
agreement from English into Spanish to defendant JULIO ALEXANDER
CABRERA on this date.

_____        _____
INTERPRETER                            Date

22

I am JOSE ANTONIO PARDO's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____         _____
MICHAEL S. CHERNIS                       Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____         _____
JOSE ANTONIO PARDO                       Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant JOSE ANTONIO PARDO on this date.

_____         _____
INTERPRETER                              Date

23

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.  To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____     _____8/9/24_____

    JIANDE ZHOU               Date

10  Attorney for Defendant

    KEVIN D. GRES

11

12

13      I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____     _____8/9/2024_____

    JIANDE ZHOU               Date

21  Defendant

22

23                  **CERTIFICATION OF INTERPRETER**

24      I,  Yanyan Liu, am fluent in the written and spoken

25  English and Mandarin languages.  I accurately translated this entire

26  agreement from English into Mandarin to defendant JIANDE ZHOUon this

27  date.

28

INTERPRETER

08/09/2024

Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28