1    I am SAI ZHANG's attorney.  I have carefully discussed every
2 part of this stipulation and the continuance of the trial date with
3 my client. I have fully informed my client of his Speedy Trial
4 rights.  To my knowledge, my client understands those rights and
5 agrees to waive them.  I believe that my client's decision to give up
6 the right to be brought to trial earlier than October 21, 2025 is an
7 informed and voluntary one.

8
_____    8/7/2024
9  RUEVEN L. COHEN                          Date
   YOUNGBIN SON
10 Attorneys for Defendant
   SAI ZHANG
11

12
       This agreement has been read to me in Mandarin, the language I
13
understand best, and I have carefully discussed every part of it with
14
my attorney.  I understand my Speedy Trial rights.  I voluntarily
15
agree to the continuance of the trial date and give up my right to be
16
brought to trial earlier than October 21, 2025.  I understand that I
17
will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
18
90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.
19
_____    8/7/2024
20
   SAI ZHANG                              Date
21 Defendant
                      **CERTIFICATION OF INTERPRETER**
22
     I, ___Yanyan Liu_____, am fluent in the written and spoken
23
English and Mandarin languages.  I accurately translated this entire
24
agreement from English into Mandarin to defendant SAI ZHANG on this
25
date.
26
_____    08/07/2024
27  INTERPRETER                            Date
28

7