```
 1  _____   _____
    INTERPRETER                                 Date
 2
 3
 4      I am XUANYI MU's attorney. I have carefully discussed every
 5  part of this stipulation and the continuance of the trial date with
 6  my client. I have fully informed my client of his Speedy Trial
 7  rights. To my knowledge, my client understands those rights and
 8  agrees to waive them. I believe that my client's decision to give up
 9  the right to be brought to trial earlier than October 21, 2025 is an
10  informed and voluntary one.
11  /s/ Donald J. Matson                        8/8/2024
    _____   _____
    DONALD J. MATSON                             Date
12  Attorney for Defendant
    XUANYI MU
13
14      I have read this stipulation and have carefully discussed it
15  with my attorney. I understand my Speedy Trial rights. I voluntarily
16  agree to the continuance of the trial date, and give up my right to
17  be brought to trial earlier than October 21, 2025. I understand that
18  I will be ordered to appear in Courtroom 8C of the Federal
19  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
20  2025 at 8:30 a.m.
21  /s/ Xuanyi Mu                               08/08/2024
    _____   _____
    XUANYI MU                                    Date
22  Defendant
23
24              CERTIFICATION OF INTERPRETER
25      I, Ivan Lam, am fluent in the written and spoken
26  English and Mandarin languages. I accurately translated this entire
27
28
                              15
```

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____    _8/8/2024_____
INTERPRETER                   Date

I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____    _____
SHOU YANG                          Date
Attorney for Defendant
ROBERT C. HSU

I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____    _____
SHOU YANG                          Date
Defendant

**CERTIFICATION OF INTERPRETER**

16